IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Collins, Linda C | Case Number:  06 B 14849 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  11/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: February 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,320.00 | |
| Secured: | | 167.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,031.97 |
| Trustee Fee: | | 121.03 |
| Other Funds: | | 0.00 |
| Totals: | 2,320.00 | 2,320.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,314.00 | 2,031.97 |
| 2. | Robert J Semrad & Associates | Administrative | 600.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 374.98 | 70.00 |
| 5. | Cook County Treasurer | Secured | 828.40 | 97.00 |
| 6. | Chase Home Finance | Secured | 9,660.00 | 0.00 |
| 7. | Tina Marie Brown | Secured | 1,750.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 317.26 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 283.49 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 2,024.21 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 788.64 | 0.00 |
| 12. | Arrow Financial Services | Unsecured | 437.90 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 600.72 | 0.00 |
| 14. | RMI/MCSI | Unsecured | 78.74 | 0.00 |
| 15. | Fairlane Credit L.L.C. | Unsecured | 11,623.14 | 0.00 |
| 16. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 20. | Professional Account Management | Unsecured | | No Claim Filed |
| 21. | Park Dansan | Unsecured | | No Claim Filed |
| 22. | Professional Credit Services | Unsecured | | No Claim Filed |
| 23. | West Asset Management | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,681.48 | $ 2,198.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Collins, Linda C

Printed:  4/8/08

Case Number:  06 B 14849
Judge:  Hollis, Pamela S
Filed:  11/13/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 33.93 |
| 5.4% | 87.10 |
| | _____ |
| | $ 121.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

